UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

XYZ Corporation

Plaintiff,

v.

Case No.: 1:22−cv−02448

Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 17, 2022:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to file documents under seal and for leave to proceed temporarily under a pseudonym [5] is granted, good cause having been shown in the memorandum and other materials in support of the motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.